O

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| FTR International, Inc. | ) | CV 11-7782 RSWL (MANx) |
| Plaintiff, | ) | **ORDER re: Plaintiff's Motion to Dismiss [8]** |
| v. | ) | |
| BNP Associates, Inc., DOES 1 through 100, inclusive, | ) | |
| Defendants. | ) | |

On July 19, 2012, Plaintiff FTR International, Inc.'s ("Plaintiff") Motion to Dismiss [8] came on for regular calendar before the Court.  Having reviewed all arguments and papers pertaining to this Motion, the Court **NOW FINDS AND RULES AS FOLLOWS:**

The Court hereby **GRANTS** Plaintiff's Motion to Dismiss and **DENIES** Defendant BNP Associates, Inc.'s ("Defendant") request for attorney's fees and costs. The Court finds that Plaintiff meets the requirements for voluntary dismissal under Federal Rule of Civil Procedure 41(a)(2).  Moreover, the Court finds that

under both federal and California law, Defendant is not entitled to attorney's fees and costs upon voluntary dismissal.

DATED: July 23, 2012

**IT IS SO ORDERED.**

RONALD S.W. LEW
_____

**HONORABLE RONALD S.W. LEW**

Senior, U.S. District Court Judge